**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| **ELLA HOLMES-HINES** | ) | |
| | ) | **Case Number 2:12-cv-06687** |
| **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **NCB MANAGEMENT SERVICES,** | ) | |
| **INC.** | ) | |
| | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| **Defendant** | ) | |

_____)

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

PLEASE TAKE NOTICE that plaintiff, Ella Holmes-Hines, pursuant to Rule

41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action

captioned above with prejudice. Each party is responsible for their own attorney's fees and

costs.

BY: _/s/  *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiff
bvullings@vullingslaw.com
Vullings Law Group, LLC
3953 Ridge Pike, Ste. 102
Collegeville, PA 19426
610-489-6060